THE BUFFALO DOCK COMPANY, Respondent, *v.* ADOLPH LADEN-
BURG et al., Appellants.

*Buffalo Dock Co.* v. *Ladenburg*, 19 App. Div. 35, affirmed.
(Argued March 9, 1900; decided March 27, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
June 21, 1897, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term.

*Stevenson Burke* and *Adelbert Moot* for appellants.

*John G. Milburn* for respondent.

Judgment affirmed, with costs, on opinion at Special Term.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.

---

HENRIETTA F. MEAD, Respondent, *v.* WILLIAM H. MARTENS,
Appellant.

*Mead* v. *Martens*, 21 App. Div. 134, affirmed.
(Submitted March 9, 1900; decided March 27, 1900.)

APPEAL from a judgment and order of the Appellate
Division of the Supreme Court in the second judicial depart-
ment, entered October 8, 1897, affirming a judgment in favor
of plaintiff entered upon a decision of the court on trial at
Special Term.

*Isaac N. Mills* and *Arthur M. Johnson* for appellant.

*J. Mortimer Bell* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.